ANDRADES, APPELLANT, *v.* REGISTRAR OF SAN JUAN, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record a Dominion Title.

No. 496.—Decided July 5, 1921.

RECORD OF TITLE—DOMINION TITLE—SEPARATE PROPERTY—CONJUGAL PARTNERSHIP—DISCRETION OF COURT.—In a proceeding instituted by the husband to establish and record in his name the ownership of property acquired by inheritance the district court has authority to adjudge a dominion title and order its record without first hearing the wife, this being a matter within the sound discretion of the said court.

The facts are stated in the opinion.

*Mr. A. Agosto* for the appellant.

The respondent appeared by brief.

MR. JUSTICE WOLF delivered the opinion of the court.

The note of the registrar was as follows:

"Record of the foregoing instrument is denied for the reason that although the petitioner is married and therefore the property is presumed to be community property under sections 1316 and 1322 of the Civil Code, it is attempted to give it the character of separate property and it does not appear that the petitioner's wife was summoned or heard in the proceedings. A cautionary notice is entered for the legal period at folio 173 of volume 64, North Santurce, property 3379, annotation letter A, and the curable defect is pointed out that this decision is not shown to be final.—San Juan, Porto Rico, May 17, 1921.—The Registrar, Rafael Tirado Verrier."

The proceedings to obtain the dominion title reveal that

proof was submitted to the district court to show that the piece of property in question belonged to the husband and was acquired by inheritance from his mother. The court so found. Power must reside somewhere and it has been placed in the district court to decide questions of this sort. Sometimes it might be better to hear the wife, but this is a matter in the sound discretion of the court. There is nothing in the law which makes it necessary to call the wife as a witness.

The note must be

*Reversed.*

Chief Justice Hernández and Justices Del Toro, Aldrey and Hutchison concurred.